UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOWARD COHAN,

    Plaintiff,

v.                                   Case No.: 6:24-cv-1758-CEM-RMN

SSRG II, LLC, a Foreign
Limited Liability Company
d/b/a CHICKEN SALAD CHICK,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff, HOWARD COHAN, and Defendant, SSRG II, LLC d/b/a CHICKEN SALAD CHICK, by and through their undersigned counsel, hereby notify the Court that the Parties have reached a settlement of this matter and are in the process of preparing and finalizing the necessary settlement documents. The Parties respectfully request that all pending deadlines be stayed as they finalize the settlement documents and joint stipulation of dismissal with prejudice.

    Dated this 29th day of January, 2025.

| | |
|---|---|
| s/ Gregory S. Sconzo | s/ Molly K. Mullen |
| Gregory S. Sconzo | Molly K. Mullen |
| Florida Bar No.: 105553 | Florida Bar No.: 1038812 |
| Email: greg@sconzolawoffice.com | Email: mmullen@fisherphillips.com |
| Sconzo Law Office, P.A. | FISHER & PHILLIPS, LLP |
| 3825 PGA Boulevard, Suite 207 | 101 E. Kennedy Blvd., Suite 2350 |
| Palm Beach Gardens, FL 33410 | Tampa, Florida 33602 |
| Telephone: (561) 729-0940 | Telephone: (813) 769-7500 |
| Facsimile: (561) 491-9459 | Facsimile: (813) 769-7501 |
| Counsel for Plaintiff | Counsel for Defendant |

FP 53652690.1